UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Riedstra Dairy, Ltd.,

    Plaintiff(s),

v.

McLanahan Corporation,

    Defendant(s).
_____/

Case No. 1:18-cv-00077-GJQ-PJG

Hon. Gordon J. Quist

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Riedstra Dairy, Ltd.** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 4/2/18

(Signature)
Thomas M. Wardrop (P38268)
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI 49503
(616) 459-1225