UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIEDSTRA DAIRY LTD.,

    Plaintiff,

v.

McLANAHAN CORPORATION,

    Defendant.
_____/

Case No. 1:18-cv-00077

Hon. Gordon J. Quist

Thomas M. Wardrop (P38268)
WARDROP & WARDROP, P.C.
Attorneys for Plaintiff
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI 49503
(616) 459-1225
mac@wardroplaw.com

Kevin G. Dougherty (P44207)
Emily S. Rucker (P79228)
WARNER NORCROSS & JUDD LLP
Attorneys for Defendant
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
(616) 752-2000
kdougherty@wnj.com;
erucker@wnj.com
_____/

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Riedstra Dairy Ltd., pursuant to W.D.Mich. LCivR 7.4, hereby moves for reconsideration of the Court's May 11, 2018 Opinion and Order granting Defendant's Motion to Dismiss for Forum Non Conveniens for the following reasons:

- There was a palpable defect in the proceedings by which the Court was misled and upon correction of this defect a different disposition of the Defendant's Motion would result.

- The Court erroneously failed to determine that a new contract for the Hydrated Lime Filter Press System was entered into between Riedstra Dairy Ltd. and Defendant.

This Motion is supported by the Brief filed herein.

> **Riedstra Dairy Ltd. has sought concurrence from Defendant's counsel relating to the relief it is seeking in this motion.**

                                            WARDROP & WARDROP, P.C.
                                            Attorneys for Plaintiff

Date: May 17, 2018                By: _____
                                               Thomas M. Wardrop (P38268)
                                               300 Ottawa Avenue, NW, Suite 150
                                               Grand Rapids, MI 49503
                                               (616) 459-1225
                                               mac@wardroplaw.com

803336.051518.Motion